

# NUMBER 13-10-00662-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF S.M., A CHILD

### On Appeal from the County Court at Law No. 5
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, S.F.[1], filed an appeal from a judgment entered by the County Court at

Law No. 5 of Nueces County, Texas, in cause number 09-60992-5.  Appellant has filed

an amended unopposed motion to withdraw the appeal without prejudice.

The Court, having considered the documents on file and appellant's unopposed

motion to withdraw the appeal without prejudice, is of the opinion that the motion should

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent or other family member."  TEX. R. APP. P. 9.8.

be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a). Appellant's amended motion to withdraw the appeal is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of March, 2011.